JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; AND COUNTRYWIDE BANK, FSB,<br><br>            Defendants. | CV 14-7364 PA (AGRx)<br><br>JUDGMENT |

   Pursuant to the Court's January 7, 2015 Minute Order granting the Motion to Dismiss filed by defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, and Countrywide Bank FSB (collectively "Defendants"), which dismissed the claim asserted by plaintiff Los Angeles Unified School District ("Plaintiff") against Defendants,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim is dismissed with prejudice.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3    IT IS SO ORDERED.
4
5 DATED: January 7, 2015                    _____
6                                                          Percy Anderson
                                              UNITED STATES DISTRICT JUDGE